FILED
CLERK U.S. DISTRICT COURT
OCT 14 2010
CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| FEDERAL DEPOSIT INSURANCE CORPORATION, as Receiver for Security Pacific Bank<br><br>Plaintiff,<br><br>vs.<br><br>Martin C. Yacoobian, Jr., an Individual; and DOES 1 through 20, inclusive<br><br>Defendants | CASE NO. CV09-06833 JFW (AGRx)<br><br>**JUDGMENT** |

Having found that Plaintiff's Motion for Summary Judgment or, in the Alternative, for Partial Summary Judgment was appropriate for decision without oral argument, the Court, after reviewing and considering all evidence and arguments presented, and no opposition having been filed, found that the motion should be granted and that Plaintiff is entitled to judgment as a matter of law.

It is therefore ORDERED, ADJUDGED AND DECREED that the plaintiff have and recover of Defendant the amount of $1,580,000, plus prejudgment interest at the rate of ten percent (10%) per annum, attorneys' fees in the amount of $78,570 and costs.

Dated: __10 - 14__, 2010

_____
United States District Judge

JUDGMENT